# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1770
LT Case No. 16-2024-SC-13487-A

_____

RENEE WATERS,

    Appellant,

    v.

BEVERLEY L. FARRAR,

    Appellee.

_____

On appeal from the County Court for Duval County.
James Nealis, Judge.

Renee Waters, Jacksonville, pro se.

No Appearance for Appellee.

March 17, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____